**COMPLAINT BY A PRISONER UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. §§ 1983**

Name ROSENBALM        VINCENT        LEE
     (Last)           (First)        (Initial)

Prisoner Number 2069375    NAPA STATE HOSPITAL

Institutional Address 2100 NAPA VALLEJO HIGHWAY NAPA, CA 94558

===============================================================

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

VINCENT LEE ROSENBALM           )
(Enter the full name of plaintiff in this action.) )
                                )
        vs.                     )    Case No. 2064
                                )    (To be provided by the Clerk of Court)
ED FOULK                        )
                                )    COMPLAINT UNDER THE
NAPA STATE HOSPITAL             )    CIVIL RIGHTS ACT,
                                )    Title 42 U.S.C § 1983
2100 NAPA VALLEJO HIGHWAY       )    28 U.S.C. 1915(g)
                                )
NAPA, CALIFORNIA 94558          )
(Enter the full name of the defendant(s) in this action) )

*[All questions on this complaint form must be answered in order for your action to proceed..]*

I.    Exhaustion of Administrative Remedies.

      [**Note:** You must exhaust your administrative remedies before your claim can go forward. The court will dismiss any unexhausted claims.]

      A.    Place of present confinement  NAPA State Hospital

      B.    Is there a grievance procedure in this institution?
            YES (✓)    NO ( )

      C.    Did you present the facts in your complaint for review through the grievance procedure?
            YES (✓)    NO ( )

      D.    If your answer is YES, list the appeal number and the date and result of the appeal at each level of review. If you did not pursue a certain level of appeal, explain why.

COMPLAINT                                    - 1 -

1. Informal appeal  WENT to Staff FILE COMPLAINT October 2007

2. First formal level  PATiENTS RiGHTS COMPLAINT(S) TOLD ME to see DOCTOR 2007 AND 2008

3. Second formal level  DOCTOR REFUSED to HELP WiTH MRi - X-RAY March 2008

4. Third formal level  LAW Clerk for PAi - PAtients RiGHTS - WAiTiNG to Here from ? March 2008

E. Is the last level to which you appealed the highest level of appeal available to you?

YES (✓)   NO ( )

F. If you did not present your claim for review through the grievance procedure, explain why. _____

II. Parties.

A. Write your name and your present address. Do the same for additional plaintiffs, if any.

ViNCENT LEE ROSENBALM
2100 NAPA VALLEJO HiGHWAY
NAPA, CALiFORNIA 94558

B. Write the full name of each defendant, his or her official position, and his or her place of employment.

ED FOULK - EXECUTIVE DiRECTOR - NAPA STATE Hospital

COMPLAINT                    - 2 -

1  2100 NAPA VALLEJO HIGHWAY
2  NAPA, CALIFORNIA 94558
3  707 253-5454
4

III.  Statement of Claim.

State here as briefly as possible the facts of your case. Be sure to describe how each defendant is involved and to include dates, when possible. Do not give any legal arguments or cite any cases or statutes. If you have more than one claim, each claim should be set forth in a separate numbered paragraph.

MAKING A DOUBLE PLAY FROM 1ST BASE TO HOME IN SOFTBALL GAME September 2007 I HURT BACK OF RIGHT SHOULDER
I HAVE ASKED THE HOSPITAL AND DOCTORS MULTIPLE TIMES FOR X-RAY AND/OR MRI THEY REFUSE??
I MAY NEED SURGERY??
I AM IN IMMINENT DANGER 28 U.S.C. 1915(g) AND THIS MAY BE DANGER TO MY CAREER AS A PROFESSIONAL GOLFER

IV.  Relief.

Your complaint cannot go forward unless you request specific relief. State briefly exactly what you want the court to do for you. Make no legal arguments; cite no cases or statutes.

INJUNCTION FOR MEDICAL HELP
RELEASE FROM ILLEGAL CUSTODY
SUMMARY JUDGMENT OF $250,000.00 DOLLARS

COMPLAINT                          - 3 -

1  FOR DAMAGES AND EMOTIONAL AND
2  PHYSICAL SUFFERING
3  28 U.S.C 1915(g)

I declare under penalty of perjury that the foregoing is true and correct.

Signed this __30__ day of __March__, 20 _08_

_Vincent Rosenbalm_
(Plaintiff's signature)

COMPLAINT                                  - 4 -