FILED

APR 2 1 2008

RICHARD W. WIEKING
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

1

2

3

4

5

6

7

8    UNITED STATES DISTRICT COURT

9    NORTHERN DISTRICT OF CALIFORNIA

10    VINCENT LEE ROSENBALM

11                    Plaintiff,          CASE NO. 08 - 2064 SI (pr)

12    vs.                                 PRISONER'S

                                          APPLICATION TO PROCEED
13    ED FOULK                            IN FORMA PAUPERIS
      NAPA State Hospital
14                    Defendant.

15

16    I, Vincent Rosenbalm declare, under penalty of perjury that I am the

17    plaintiff in the above entitled case and that the information I offer throughout this application

18    is true and correct.  I offer this application in support of my request to proceed without being

19    required to prepay the full amount of fees, costs or give security.  I state that because of my

20    poverty I am unable to pay the costs of this action or give security, and that I believe that I am

21    entitled to relief.                 ESTIMATES

22         In support of this application, I provide the following information:

23    1.    Are you presently employed?  Yes ✓  No ____

24    If your answer is "yes," state both your gross and net salary or wages per month, and give the

25    name and address of your employer:

26    Gross: Approx $20 week     Net: Approx $20 week

27    Employer:  NAPA State Hospital

28         2100 NAPA VALLEJO HIGHWAY   NAPA, CA 94558

1    If the answer is "no," state the date of last employment and the amount of the gross and net

2    salary and wages per month which you received.  (If you are imprisoned, specify the last

3    place of employment prior to imprisonment.)

4    _____

5    _____

6    _____

7    2.    Have you received, within the past twelve (12) months, any money from any of the

8    following sources:

9        a.    Business, Profession or              Yes ✓ No ____

10          self employment

11       b.    Income from stocks, bonds,           Yes ____ No ✓

12          or royalties?

13       c.    Rent payments?                       Yes ____ No ✓

14       d.    Pensions, annuities, or              Yes ____ No ✓

15          life insurance payments?

16       e.    Federal or State welfare payments,   Yes ✓ No ____

17          Social Security or other govern-

18          ment source?

19   If the answer is "yes" to any of the above, describe each source of money and state the amount

20   received from each.

21   Welfare  12⁵⁰ month  Hospital

22   AUTHOR HOUSE  BOOK  3²⁵ Book

23   3.    Are you married?                         Yes ____ No ✓

24   Spouse's Full Name: _____

25   Spouse's Place of Employment: _____

26   Spouse's Monthly Salary, Wages or Income:

27   Gross $_____ Net $_____

28   4.    a.    List amount you contribute to your spouse's support:$ _____

1      b.     List the persons other than your spouse who are dependent upon you for

2              support and indicate how much you contribute toward their support. (NOTE:

3              For minor children, list only their initials and ages. DO NOT INCLUDE

4              THEIR NAMES.).

5     JDR (17)

6     none at present

7    5.    Do you own or are you buying a home?    Yes ___ No ✔

8    Estimated Market Value: $_____ Amount of Mortgage: $_____

9    6.    Do you own an automobile?  (2)    Yes ✔ No ___

10   Make SUBARU Year 92,93 Model Legacy

11   Is it financed? Yes ___ No ✔ If so, Total due: $_____

12   Monthly Payment: $_____

13   7.    Do you have a bank account?  Yes ___ No ✔ (Do not include account numbers.)

14   Name(s) and address(es) of bank: _____

15   _____

16   Present balance(s): $_____

17   Do you own any cash?  Yes ___ No ✔ Amount: $_____

18   Do you have any other assets? (If "yes," provide a description of each asset and its estimated

19   market value.)  Yes ✔ No ___

20   Personal property Approx $10-15,000

21   8.    What are your monthly expenses?

22   Rent: $_____    Utilities: _____

23   Food: $_____    Clothing: _____

24   Charge Accounts:

25   

| Name of Account | Monthly Payment | Total Owed on This Acct. |
|---|---|---|
| 26 _____ | $_____ | $_____ |
| 27 _____ | $_____ | $_____ |
| 28 _____ | $_____ | $_____ |

*Estimates*

1  9.    Do you have any other debts? (List current obligations, indicating amounts and to
2  whom they are payable. Do not include account numbers.)
3  *Student Loans    Approx $5-10,000.00*
4  *Credit Card Debt    Approx $5-10,000.00*
5  10.    Does the complaint which you are seeking to file raise claims that have been presented
6  in other lawsuits?    Yes ✓ No ___
7  Please list the case name(s) and number(s) of the prior lawsuit(s), and the name of the court in
8  which they were filed.
9  *CV08  1503  SI pr*
10  *U.S. District Court*
11         I consent to prison officials withdrawing from my trust account and paying to the court
12  the initial partial filing fee and all installment payments required by the court.
13         I declare under the penalty of perjury that the foregoing is true and correct and
14  understand that a false statement herein may result in the dismissal of my claims.
15
16  *3/30/08*                    *Vincent Rosenbalm*
17  DATE                          SIGNATURE OF APPLICANT
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

**INSTRUCTIONS FOR PRISONER'S
IN FORMA PAUPERIS APPLICATION**

You must submit to the court a completed Prisoner's In Forma Pauperis Application if you are unable to pay the entire filing fee at the time you file your complaint or petition. Your application must include copies of the prisoner trust account statement showing transactions for the last six months and a certificate of funds in prisoner's account, signed by an authorized officer of the institution.

**A.     Non-habeas Civil Actions**

Effective April 9, 2006, the filing fee for any civil action other than a habeas is $350.00. Even if you are granted leave to proceed in forma pauperis, you must still pay the full amount of the court's filing fee, but the fee will be paid in several installments. 28 U.S.C. § 1915.

You must pay an initial partial filing fee of 20 percent of the greater of (a) the average monthly deposits to your account for the 6-month period immediately before the complaint was filed or (b) the average monthly balance in your account for the 6-month period immediately before the complaint was filed. The court will use the information provided on the certificate of funds and the trust account statement to determine the filing fee immediately due and will send instructions to you and the prison trust account office for payment if in forma pauperis status is granted.

After the initial partial filing fee is paid, your prison's trust account office will forward to the court each month 20 percent of the most recent month's income to your prison trust account, to the extent the account balance exceeds ten dollars ($10.00). Monthly payments will be required until the full filing fee is paid. If you have no funds over ten dollars ($10.00) in your account, you will not be required to pay part of the filing fee that month.

**If your application to proceed in forma pauperis is granted, you will be liable for the full $350.00 filing fee even if your civil action is dismissed. That means the court will continue to collect payments until the entire filing fee is paid. However, if you do not submit this completed application the action will be dismissed without prejudice and the filing fee will not be collected.**

**B.     Habeas Actions**

The filing fee for a habeas action is $5.00. If you are granted leave to proceed in forma pauperis you will not be required to pay any portion of this fee. If you are not granted leave to proceed in forma pauperis you must pay the fee in one payment and not in installments. **If you use a habeas form to file a non-habeas civil action, you will be required to pay the $350.00 filing fee applicable to all non-habeas civil actions.**

IFP APPLI.-PRISONER (Rev. 2/05)