PROOF OF SERVICE     4/14/08

My name is Vincent Rosenbalm, an American citizen over 18 years of age.

On 4/14/08 I served the within

1) 42 USC 1983 Complaint
2) Order to show cause
3) Pauperis Application

by placing a sealed copy in the Napa State Hospital Mail Addressed

    Court Clerk
    U.S. District Court
    450 Golden Gate Ave
    San Francisco, CA 94102

From
    Vincent Rosenbalm
    2100 Napa Vallejo Highway unit 5
    Napa, CA 94558

Under the penalty of perjury this is true and correct to the best of my knowledge

                Vincent Rosenbalm



VINCENT ROSENBAUM
2100 NAPA VALLEJO HIGHWAY unit S
NAPA, CA 94558

LEGAL MAIL
@ court clerk
U.S. District Court
450 GOLDEN GATE Ave
SAN FRANCISCO, CA 94102

RECEIVED
APR 17 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA