FILED

MAY 15 2008

RICHARD W. WIEKING
CLERK
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

VINCENT ROSENBALM
　　　　　　　Plaintiff,

vs.

ED FOULK
NAPA STATE HOSPITAL
　　　　　　　Defendant.

CASE NO. C08 2064 SI

PRISONER'S
APPLICATION TO PROCEED
IN FORMA PAUPERIS

I, Vincent Rosenbalm, declare, under penalty of perjury that I am the plaintiff in the above entitled case and that the information I offer throughout this application is true and correct. I offer this application in support of my request to proceed without being required to prepay the full amount of fees, costs or give security. I state that because of my poverty I am unable to pay the costs of this action or give security, and that I believe that I am entitled to relief.

In support of this application, I provide the following information:

1. Are you presently employed? Yes ✓   No ___

If your answer is "yes," state both your gross and net salary or wages per month, and give the name and address of your employer:

Gross: Approx $80-100 month   Net: Approx $80-100 month

Employer: NAPA State Hospital
2100 NAPA VALLEJO HIGHWAY NAPA, CA 94558

PRIS. APP. TO PROC. IN FORMA PAUPERIS       - 1 -

1  If the answer is "no," state the date of last employment and the amount of the gross and net
2  salary and wages per month which you received. (If you are imprisoned, specify the last
3  place of employment prior to imprisonment.)
4  _____
5  _____
6  _____
7  2.    Have you received, within the past twelve (12) months, any money from any of the
8  following sources:
9       a.    Business, Profession or              Yes ✓ No ___
10            self employment
11      b.    Income from stocks, bonds,           Yes ___ No ✓
12            or royalties?
13      c.    Rent payments?                       Yes ___ No ✓
14      d.    Pensions, annuities, or              Yes ___ No ✓
15            life insurance payments?
16      e.    Federal or State welfare payments,   Yes ✓ No ___
17            Social Security or other govern-
18            ment source?
19 If the answer is "yes" to any of the above, describe each source of money and state the amount
20 received from each.
21 ___welfare Hospital 12⁵⁰ month_____
22 ___325 Author House Publishing_____
23 3.    Are you married?                          Yes ___ No ✓
24 Spouse's Full Name: _____
25 Spouse's Place of Employment: _____
26 Spouse's Monthly Salary, Wages or Income:
27 Gross $_____  Net $_____
28 4.    a.    List amount you contribute to your spouse's support:$ _____

ALL Estimates

1   b.   List the persons other than your spouse who are dependent upon you for
2        support and indicate how much you contribute toward their support. (NOTE:
3        For minor children, list only their initials and ages. DO NOT INCLUDE
4        THEIR NAMES.).
5   _____JDR (17)_____
6   Not At Present Due to Illegal Imprisonment
7   5.   Do you own or are you buying a home?        Yes ___ No ✓
8   Estimated Market Value: $_____ Amount of Mortgage: $_____
9   6.   Do you own an automobile?   (2)           Yes ✓ No ___
10  Make _Subaru_ Year _1992, 1993_ Model _Legacy_
11  Is it financed? Yes ____ No ✓ If so, Total due: $_____
12  Monthly Payment: $ ___0___
13  7.   Do you have a bank account?   Yes ____ No ✓ (Do not include account numbers.)
14  Name(s) and address(es) of bank: _____
15  _____
16  Present balance(s): $_____
17  Do you own any cash? Yes ✓ No ___ Amount: $ _Approx $20_
18  Do you have any other assets? (If "yes," provide a description of each asset and its estimated
19  market value.)  Yes ✓ No ___
20  _____
21  8.   What are your monthly expenses?
22  Rent: $ ___0___         Utilities: ___0___
23  Food: $ ___0___         Clothing: _____
24  Charge Accounts:
25  Name of Account       Monthly Payment            Total Owed on This Acct.
26  ___0___      $ ___0___       $ ___0___
27  ___0___      $ ___0___       $ ___0___
28                $_____      $_____

| | |
|---|---|
| 1 | 9. Do you have any other debts? (List current obligations, indicating amounts and to |
| 2 | whom they are payable. Do <u>not</u> include account numbers.) |
| 3 | <u>School loans Estimated $5-10,000.00</u> |
| 4 | <u>Credit Card Debt  ✓    $5-10,000.00</u> |
| 5 | 10. Does the complaint which you are seeking to file raise claims that have been presented |
| 6 | in other lawsuits?  Yes ___  No ___  NOT SURE ✓ |
| 7 | Please list the case name(s) and number(s) of the prior lawsuit(s), and the name of the court in |
| 8 | which they were filed. |
| 9 | <u>    NOT SURE    </u> |
| 10 | <u>                   </u> |
| 11 | I consent to prison officials withdrawing from my trust account and paying to the court |
| 12 | the initial partial filing fee and all installment payments required by the court. |
| 13 | I declare under the penalty of perjury that the foregoing is true and correct and |
| 14 | understand that a false statement herein may result in the dismissal of my claims. |

<u>5/10/08</u>                    <u>Vincent Rosenbalm</u>
DATE                            SIGNATURE OF APPLICANT

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

Dear Sir or Madam:

Your complaint has been filed as civil case number _____ 064

✓ A filing fee of $350.00 is now due. If you are unable to pay the entire filing fee at this time, you must sign and complete this court's Prisoner's In Forma Pauperis Application in its entirety. If the application is granted, you will not have to prepay the fee, but it will be taken out of income to your prisoner account in installments.

Your complaint is deficient because you did not pay the filing fee and:

1. ✓ you did not file an In Forma Pauperis Application.

2. ___ the In Forma Pauperis Application you submitted is insufficient because:

   ___ You did not use the correct form. You must submit this court's current Prisoner's In Forma Pauperis Application.

   ___ Your In Forma Pauperis Application was not completed in its entirety.

   ___ You did not sign your In Forma Pauperis Application.

   ___ You did not submit a Certificate of Funds in Prisoner's Account completed and signed by an authorized officer at the prison.

   ___ You did not attach a copy of your prisoner trust account statement showing transactions for the last six months.

   ___ Other _____

Enclosed you will find this court's current Prisoner's In Forma Pauperis Application, which includes a Certificate of Funds in Prisoner's Account form, and a return envelope for your convenience.

**Warning: YOU MUST RESPOND TO THIS NOTICE.** If you do not respond within **THIRTY DAYS** from the filing date stamped above, your action will be DISMISSED, the file closed and the entire filing fee will become due immediately. Filing a Prisoner's In Forma Pauperis Application will allow the court to determine whether installment payment of the filing fee should be allowed.

Sincerely,
RICHARD W. WIEKING, Clerk,

By_____
Deputy Clerk

rev. 11/07

ROSENBALM

5/11/08

TO RICHARD WIEKING (Clerk)

CAN YOU PLEASE SEND ME (5) 42 U.S.C. 1983 Forms

to VINCENT ROSENBALM
2100 Napa Vallejo Highway unit 5
NAPA, CA 94558

CV08-02064 SI (PR)

Thank You
Vincent Rosenbalm

PROOF OF SERVICE     5/11/08

I am Vincent Rosenbalm an American Citizen over 18 years of age

On 5/11/08 I served the within

1) Forma Pauperis App

By placing a sealed envelope in the Napa State Hospital Mail

Addressed   US DISTRICT COURT
            450 Golden Gate Ave
            P O BOX 36060
            SAN FRANCISCO, CA 94102

FROM
Vincent Rosenbalm
2100 Napa Vallejo Highway Unit 5
Napa, CA 94558

Under the penalty of perjury this is true and correct to the best of my knowledge.

Vincent Rosenbalm



Vincent Rosenthal
2100 Napa Vallejo Highway units
Napa, CA 94558

BUSINESS REPLY MAIL
FIRST-CLASS MAIL    PERMIT NO. 12615    WASHINGTON DC

POSTAGE WILL BE PAID BY UNITED STATES COURTS

US DISTRICT COURT
450 GOLDEN GATE AVE
PO BOX 36060
SAN FRANCISCO CA 94102-9680

NO POSTAGE
NECESSARY
IF MAILED
IN THE
UNITED STATES