VINCENT ROSENBAUM                    6/30/08

2100 NAPA VALLEJO HIGHWAY          FILED

NAPA, CALIFORNIA 94558             JUL 0 2 2008

UNITED STATES DISTRICT            RICHARD W. WIEKI
                                  CLERK US DISTRICT COURT
                                  NORTHERN DISTRICT OF CALIFORNIA

NORTHERN DISTRICT OF CALIFORNIA

IN RE                          } NOTICE OF APPEAL

VINCENT ROSENBAUM              } or certificate of

        Plaintiff             } APPEALABILITY

                              } NO: C08-1765 SI (pr)

                              } NO: C08-1835 SI (pr)

                              } NO: C08-1836 SI (pr)

                                NO: C08-2064 SI (pr)

I hereby give notice I appeal the above cases to the U.S. COURT OF APPEALS FOR THE NINTH CIRCUIT FROM THE U.S. DISTRICT COURT JUDGMENT ON OR ABOUT JUNE 23, 2008 by JUDGE ILLSTON, I BELIEVE A CONFLICT OF INTEREST EXISTS BETWEEN JUDGE ILLSTON FOR ANY OF MY CASES IN BOTH THE U.S. DISTRICT COURT AND COURT OF APPEALS DUE TO JUDICIAL MISCONDUCT. UNDER THE PENALTY OF PERJURY THIS IS true AND CORRECT TO THE Best OF MY Knowledge.

                              Vincent Rosenbalm

                              6/30/08

1  VINCENT ROSENBALM                    6/30/08
2  2100 NAPA VALLEJO HIGHWAY
3  NAPA, CALIFORNIA 94558
4        U.S. DISTRICT COURT
5  NORTHERN DISTRICT OF CALIFORNIA
6  DECLARATION IN SUPPORT OF APPEAL
7  1) ONE OF THE REASONS FOR NOT
8  PAYING THE FEES IS I APPLIED
9  UNDER 28 U.S.C 1915(G) DUE
10 TO AN ATTACK ON OR ABOUT 5/3/07
11 THAT NEARLY KILLED ME, AFTER
12 I WAS BEATEN NEAR DEATH. I FEAR
13 FOR MY LIFE DUE TO THIS
14 ATTACK. UNDER 28 U.S.C 1915(G)
15 I SHOULD BE ELIGIBLE FOR
16 A WAIVER OF FEES.
17 2) POLICE OFFICER (STARK) stole about
18 $5600 CASH/CHECKS AT ARREST AND
19 REFUSES TO RETURN THEM.
20 3) A CONFLICT OF INTEREST EXISTS
21 between JUDGE ILLSTON AND ME
22 OVER A JUDICIAL MISCONDUCT INVESTIGATION,
23 UNDER THE PENALTY OF perjury
24 THIS IS true AND correct
25 to THE Best OF MY Knowledge.
26                     Vincent Rosenbalm
27
28

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

In Re.

VINCENT ROSENBALM,

    Plaintiff.

No. C 08-1765 SI (pr)
No. C 08-1835 SI (pr)
No. C 08-1836 SI (pr)
No. C 08-2064 SI (pr)

**JUGMENT**

---

    Each of these actions is dismissed without prejudice to plaintiff asserting his claims in an action for which he pays the full filing fee at the time he files his complaint.

    IT IS SO ORDERED AND ADJUDGED.

Dated: June 22, 2008

                                         SUSAN ILLSTON
                                      United States District Judge

United States District Court
For the Northern District of California

FILED

JUN 2 3 2008

RICHARD ...
CLERK U.S. ...
NORTHERN DISTRICT OF CALIF...

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

In Re.

VINCENT ROSENBALM,

Plaintiff.

No. C 08-1765 SI (pr)
No. C 08-1835 SI (pr)
No. C 08-1836 SI (pr)
No. C 08-2064 SI (pr)

**ORDER OF DISMISSAL**

On May 8, 2008, the court denied pauper status for plaintiff and ordered him to pay the full $350.00 filing fee for each of these four actions by June 2, 2008 or each action would be dismissed. That deadline has passed but plaintiff never paid the filing fee for any of the actions. For the foregoing reasons, each of these actions are dismissed because plaintiff failed to comply with the order to pay the filing fee. The application to proceed in forma pauperis filed on May 15, 2008 in Case No. C 08-2064 SI is DISMISSED because the court had already denied pauper status is that action. (Docket # 6.)

The clerk shall close the file for each of the four cases.

IT IS SO ORDERED.

Dated: June 23, 2008

SUSAN ILLSTON
United States District Judge

PROOF OF service          6/30/08

I am Vincent Rosenbalm an American citizen over 18 years of age.

On 6/30/08 I served the within

1) DeCLARATION
2) Notice OF Appeal
3) JUDGMENT Papers

By placing a copy in the Napa State Hospital mail Addressed to

COURt clerk
U.S. DIStRict COURt
450 GOLDEN GAte Ave
SAN FRANCISCO, CA 94102

From
Vincent Rosenbalm
2100 Napa Valley Highway
Napa, CA 94558

Under the Penalty of Perjury this is true and correct to the best of my knowledge.

Vincent
Rosenbalm

Vincent Rosenbalm 05
2100 Napa Vallejo Highway
Napa, CA 94558

Legal Mail

Court Clerk
U.S. District court
450 GOLDENGAte Ave
SAN FRANCISCO, CA 94102

