**UNITED STATES DISTRICT COURT**
**Northern District of California**
**450 Golden Gate Avenue**
**San Francisco, California 94102**

www.cand.uscourts.gov

Richard W. Wieking
Clerk

General Court Number
415.522.2000

July 2, 2008

Vincent Rosenbalm
#83912
Napa State Hospital
2100 Napa Vallejo Highway
Napa, CA 94558

SUBJECT:    Request for Payment of Docket Fee

**Title: In re VINCENT ROSENBALM**
**Case Number:      CV 08-2064 SI**
**Court of Appeals Number:**

A notice of appeal was filed with this Court on July 2, 2008 and the docketing fee of $455.00 has not been received. Please forward the above referenced fee to this office immediately.

The check is to be made payable to "CLERK, U.S. DISTRICT COURT."

Sincerely,

**RICHARD W. WIEKING, Clerk**

/s/

by:  **Yumiko Saito**
**Case Systems Administrator**

**cc: U.S. Court of Appeals**