FILED

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

AUG 04 2008

MOLLY C. DWYER, CLERK OF COURT
U.S. COURT OF APPEALS

VINCENT LEE ROSENBALM,

         Plaintiff - Appellant,

  v.

ED FOULK,

         Defendant - Appellee.

No.   08-16573

D.C. No.  3:08-cv-02064-SI
Northern District of California,
San Francisco

**ORDER**

A review of the district court docket reflects that appellant has not paid the

docketing and filing fees for this appeal.  Within 21 days from the date of entry of

this order, appellant shall: (1) file a motion with this court to proceed in forma

pauperis; (2) pay $455.00 to the district court as the docketing and filing fees for

this appeal and provide proof of payment to this court; or (3) otherwise show cause

why the appeal should not be dismissed for failure to prosecute.  If appellant fails

to comply with this order, the appeal will be dismissed automatically by the Clerk

under Ninth Circuit Rule 42-1.


FOR THE COURT:

Molly C. Dwyer
Clerk of Court


By: Jennifer Jameson
Deputy Clerk